# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1384     **Short Title:** Svitlana Doe v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Svitlana Doe, et al. (please see attached) _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Justin B. Cox
Signature

4/21/25
Date

Justin B. Cox
Name

Law Office of Justin B. Cox
Firm Name (if applicable)

541.716.1818
Telephone Number

PO Box 1106
Address

_____
Fax Number

Hood River OR 97031
City, State, Zip Code

justin@jcoxconsulting.org
Email (required)

Court of Appeals Bar Number: 1216716

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes     Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Notice of Appearance of Justin B. Cox
Addendum

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

- Svitlana Doe
- Maksym Doe
- Maria Doe
- Alejandro Doe
- Armando Doe
- Ana Doe
- Carlos Doe
- Omar Doe
- Sandra McAnany
- Kyle Varner
- Wilhen Pierre Victor
- Haitian Bridge Alliance
- Andrea Doe
- Valentin Rosales Tabares
- Marim Doe
- Adolfo Gonzalez, Jr.
- Aleksandra Doe
- Teresa Doe
- Rosa Doe
- Miguel Doe
- Lucia Doe
- Daniel Doe
- Gabriela Doe
- Norma Lorena Dus