**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

**DOCKETING STATEMENT INSTRUCTIONS**

1. Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals. The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed. Copies must be served on all parties to the action below and proof of service must be attached.

2. The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal. In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3. Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4. If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5. You must attach to the docketing statement:

    • Additional pages containing extended answers to questions on this form.

    • A certificate of service for this docketing statement indicating it has been served on all parties to the action below, if required by Fed. R. App. P. 25(d)(B).

# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-1384     **Short Title:** Doe, et al., v. Noem, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from April 14, 2025
   2. Date this notice of appeal filed April 18, 2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
         If yes, explain the orders grant preliminary injunctive relief and are appeable under 28 USC 1292(a)(1)

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?   ☑ Yes   ☐ No
　 If yes, is a transcript necessary for this appeal?   ☑ Yes   ☐ No
　 If yes, is transcript already on file with district court?   ☑ Yes   ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party Svitlana Doe (pseudonym)
   Attorney John A. Freedman
   Address Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington DC 20001
   Telephone 202-942-5999

2. Adverse party Maksym Doe (pseudonym)
   Attorney John A. Freedman
   Address Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington DC 20001
   Telephone 202-942-5999

3. Adverse party Maria Doe (pseudonym)
   Attorney John A. Freedman
   Address Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington DC 20001
   Telephone 202-942-5999

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name Kristi Noem, Secretary of Homeland Security
   Address Washington, DC 20528
   Telephone

   Attorney's name Katherine J. Shinners
   Firm U.S. Department of Justice, Civil Division, Office of Immigration Litigation
   Address P.O. Box 878, Ben Franklin Station, Washington DC 20044
   Telephone 202-598-8259

2. Appellant's name Pete R. Flores, Acting Commissioner of U.S. Customs and Border Protection
   Address 1300 Pennsylvania Avenue, Washington, DC 20229
   Telephone

   Attorney's name Katherine J. Shinners
   Firm U.S. Department of Justice, Civil Division, Office of Immigration Litigation
   Address P.O. Box 878, Ben Franklin Station, Washington DC 20044
   Telephone 202-598-8259

　 Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)   ☑ Yes   ☐ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

    Signature__s/ Katherine J. Shinners_____
    Date__05/01/2025_____

*Svitlana Doe v. Noem*, No. 25-1384
Docketing Statement Continued

Question F. Continued:

4. **Adverse party**   Alejandro Doe (pseudonym)

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone**  202-942-5999

5. **Adverse party**   Armando Doe (pseudonym)

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone**  202-942-5999

6. **Adverse party**   Ana Doe (pseudonym)

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone**  202-942-5999

7. **Adverse party**   Carlos Doe (pseudonym)

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone**  202-942-5999

8. **Adverse party**   Omar Doe (pseudonym)

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone**  202-942-5999

*Svitlana Doe v. Noem*, No. 25-1384
Docketing Statement Continued

9. **Adverse party**   Sandra McAnany

   **Attorney**  John A. Freedman

   **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW,

   Washington, DC 20001

   **Telephone**  202-942-5999

10. **Adverse party**   Kyle Varner

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW,

    Washington, DC 20001

    **Telephone**  202-942-5999

11. **Adverse party**   Wilhen Pierre Victor

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW,

    Washington, DC 20001

    **Telephone**  202-942-5999

12. **Adverse party**   Haitian Bridge Alliance

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW,

    Washington, DC 20001

    **Telephone**  202-942-5999

13. **Adverse party**   Andrea Doe (pseudonym)

    **Attorney**  John A. Freedman

    **Address**  Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW,

    Washington, DC 20001

    **Telephone**  202-942-5999

14. **Adverse party**   Valentin Rosales Tabares

*Svitlana Doe v. Noem*, No. 25-1384
Docketing Statement Continued

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

15. **Adverse party** Marim Doe (pseudonym)

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

16. **Adverse party** Adolfo Gonzalez, Jr.

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

17. **Adverse party** Aleksandra Doe (pseudonym)

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

18. **Adverse party** Teresa Doe (pseudonym)

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

19. **Adverse party** Rosa Doe (pseudonym)

    **Attorney** John A. Freedman

*Svitlana Doe v. Noem*, No. 25-1384
Docketing Statement Continued

**Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

**Telephone** 202-942-5999

20. **Adverse party** Miguel Doe (pseudonym)

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

21. **Adverse party** Lucia Doe (pseudonym)

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

22. **Adverse party** Daniel Doe (pseudonym)

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

23. **Adverse party** Gabriela Doe (pseudonym)

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW, Washington, DC 20001

    **Telephone** 202-942-5999

24. **Adverse party** Norma Lorena Dus

    **Attorney** John A. Freedman

    **Address** Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave NW,

*Svitlana Doe v. Noem*, No. 25-1384
Docketing Statement Continued

  Washington, DC 20001

  **Telephon**e 202-942-5999

Question G. Continued:

3. **Appellant's name** Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement[1]

**Address** 500 12th Street, SW, Washington DC 20536

**Telephone**

**Attorney's name** Katherine J. Shinners

**Firm** U.S. Dep't of Justice, Civil Division, Office of Immigration Litigation

**Address** P.O. Box 878, Ben Franklin Station, Washington, DC 20044

**Telephone** 202-598-8259 .

4. **Appellant's name** Kika Scott, Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services

**Address**

**Telephone**

**Attorney's name** Katherine J. Shinners

**Firm** U.S. Dep't of Justice, Civil Division, Office of Immigration Litigation

**Address** P.O. Box 878, Ben Franklin Station, Washington, DC 20044

**Telephone** 202-598-8259 .

5. **Appellant's name** Donald J. Trump, President of the United States

**Address** 1600 Pennsylvania Avenue, NW, Washington DC 20500

**Telephone**

**Attorney's name** Katherine J. Shinners

**Firm** U.S. Dep't of Justice, Civil Division, Office of Immigration Litigation

---

[1] Mr. Lyons is automatically substituted under Federal Rule of Civil Procedure 25(d) and Federal Rule of Appellate Procedure 43(c) for his predecessor, former Acting Director of U.S. Immigration and Customs Enforcement Caleb Vitello.

5

*Svitlana Doe v. Noem*, No. 25-1384
Docketing Statement Continued

**Address** P.O. Box 878, Ben Franklin Station, Washington, DC 20044

**Telephone** 202-598-8259                                                               .

.

*Svitlana Doe v. Noem*, No. 25-1384
Docketing Statement Continued

## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be served on all parties electronically through the Notice of Electronic Filing (NEF), because counsel for the parties are registered participants.

Dated: May 1, 2025 /s/ *Katherine J. Shinners*
Katherine J. Shinners