# United States Court of Appeals
## For the First Circuit

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in their official capacity as Secretary of Homeland Security; PETE R. FLORES, in their official capacity as Acting Commissioner of U.S. Customs and Border Protection; KIKA SCOTT, in their official capacity as the Senior Official performing the duties of the Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in their official capacity as President of the United States; TODD LYONS, in their official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

**NOTICE**

Issued: May 6, 2025

  Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

  If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

  **After May 20, 2025, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Anwen Hughes
Daniel B. Asimow
Yaakov Roth
Zachary Cardin
Katie Weng
Robert Stout
Daniel Schutrum-Broward
Elissa Fudim

                                                               Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Jennifer - (617) 748-9885

cc:
Daniel B. Asimow
Zachary Cardin
Justin Cox
Joseph Anton Darrow
Samuel Dinning
Sarah Elnahal
Drew C. Ensign
Rayford A. Farquhar
Laura Flores-Perilla
John A. Freedman
Elissa Fudim
Brandon Galli-Graves
Abraham R. George
Patrick James Glen
Anwen Hughes
H. Tiffany Jang
Hillary Li
Donald Campbell Lockhart
Katie J. McLoughlin
Yaakov Roth
Daniel Schutrum-Broward
Katherine Shinners
Laura Scott Shores
Robert Stout
Anagha Sundararajan

Esther Sung
Karen C. Tumlin
Brian C. Ward
Katie Weng
Stephen J. Yanni