# United States Court of Appeals
## For the First Circuit

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in their official capacity as Secretary of Homeland Security; PETE R. FLORES, in their official capacity as Acting Commissioner of U.S. Customs and Border Protection; KIKA SCOTT, in their official capacity as the Senior Official performing the duties of the Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in their official capacity as President of the United States; TODD LYONS, in their official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

### ORDER OF COURT

Entered: May 30, 2025

This matter is before the court on an "unopposed motion for expedited schedule" filed by defendants-appellants. The motion is resolved as follows. Briefing in this matter will proceed on the following schedule:

-- defendants-appellants' opening brief should be filed by June 11, 2025;
-- plaintiffs-appellees' response brief should be filed 14 days following service of the opening brief;
-- any reply brief should be filed 7 days following service of the response brief.

If oral argument ultimately is deemed necessary, it will be held as soon as practicable following the completion of briefing.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John A. Freedman, Laura Scott Shores, Anwen Hughes, Justin Cox, Brandon Galli-Graves, Esther Sung, H. Tiffany Jang, Hillary Li, Karen C. Tumlin, Laura Flores-Perilla, Sarah Elnahal, Donald Campbell Lockhart, Rayford A. Farquhar, Patrick James Glen, Abraham R. George, Drew C. Ensign, Joseph Anton Darrow, Brian C. Ward, Katherine Shinners, Anagha Sundararajan, Stephen J. Yanni, Samuel Dinning, Katie J. McLoughlin, William M. Tong, Alex Hemmer, Kwame Raoul, Elizabeth B. Scott, Robert Bonta, Anne E. Lopez, Aaron M. Frey, Anthony G. Brown, Andrea J. Campbell, Keith Ellison, Matthew J. Platkin, Daniel A. Rayfield, Peter F. Neronha, Charity R. Clark, Nicholas W. Brown, Joshua L. Kaul, Brian L. Schwalb