# United States Court of Appeals
## For the First Circuit

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in their official capacity as Secretary of Homeland Security; PETE R. FLORES, in their official capacity as Acting Commissioner of U.S. Customs and Border Protection; KIKA SCOTT, in their official capacity as the Senior Official performing the duties of the Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in their official capacity as President of the United States; TODD LYONS, in their official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

### CALENDARING NOTICE

Issued: June 17, 2025

This case is presently scheduled to be called for oral argument on **Tuesday, July 29, 2025, at 2:00 p.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral

argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: GENERAL ORDER 22-1.

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience.  Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Robert Bonta
Anthony G. Brown
Nicholas W. Brown
Andrea J. Campbell
Adam N. Cederbaum
Charity R. Clark
Justin Cox
Joseph Anton Darrow
Samuel Dinning
Keith Ellison
Sarah Elnahal
Drew C. Ensign
Rayford A. Farquhar
Laura Flores-Perilla

John A. Freedman
Aaron M. Frey
Brandon Galli-Graves
Abraham R. George
Patrick James Glen
Alex Hemmer
Anwen Hughes
H. Tiffany Jang
Joshua L. Kaul
Hillary Li
Donald Campbell Lockhart
Anne E. Lopez
Katie J. McLoughlin
Peter F. Neronha
Matthew J. Platkin
Kwame Raoul
Daniel A. Rayfield
Brian L. Schwalb
Elizabeth B. Scott
Katherine Shinners
Laura Scott Shores
Brett Allen Shumate
Anagha Sundararajan
Esther Sung
William M. Tong
Karen C. Tumlin
Brian C. Ward
Stephen J. Yanni