# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1384     **Short Title:** Doe v. Noem

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Immigration Reform Law Institute     as the

[ ] appellant(s)     [ ] appellee(s)     [✔] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Matt Crapo
Signature

6/18/2025
Date

Matt A. Crapo
Name

Immigration Reform Law Institute
Firm Name (if applicable)

571-435-3582
Telephone Number

25 Massachusetts Ave., NW, Ste. 335
Address

Fax Number

Washington, DC 20001
City, State, Zip Code

mcrapo@irli.org
Email (required)

Court of Appeals Bar Number: 1139794

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).