# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1384          **Short Title:** Svitlana Doe v. Noem

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Svitlana Doe, et al. (please see the attached) _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Daniel B. Asimow
Signature

06/18/2025
Date

Daniel B. Asimow
Name

Arnold & Porter Kaye Scholer LLP
Firm Name (if applicable)

(415) 471-3142
Telephone Number

Three Embarcadero Center, 10th Floor
Address

Fax Number

San Francisco, CA 94111-4024
City, State, Zip Code

daniel.asimow@arnoldporter.com
Email (required)

Court of Appeals Bar Number: 1216765

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Daniel B. Asimow: Notice of Appearance Addendum**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

- Svitlana Doe
- Maksym Doe
- Maria Doe
- Alejandro Doe
- Armando Doe
- Ana Doe
- Carlos Doe
- Omar Doe
- Sandra McAnany
- Kyle Varner
- Wilhen Pierre Victor
- Haitian Bridge Alliance
- Andrea Doe
- Valentin Rosales Tabares
- Marim Doe
- Adolfo Gonzalez, Jr.
- Aleksandra Doe
- Teresa Doe
- Rosa Doe
- Miguel Doe
- Lucia Doe
- Daniel Doe
- Gabriela Doe
- Norma Lorena Dus