# United States Court of Appeals
## For the First Circuit

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in their official capacity as Secretary of Homeland Security; PETE R. FLORES, in their official capacity as Acting Commissioner of U.S. Customs and Border Protection; KIKA SCOTT, in their official capacity as the Senior Official performing the duties of the Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in their official capacity as President of the United States; TODD LYONS, in their official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

**NOTICE**

Issued: June 20, 2025

      Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

      If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

      **After July 7, 2025, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Robert Bonta
Charity R. Clark
Nicholas W. Brown
Aaron M. Frey
Elizabeth B. Scott
Keith Ellison
Anthony G. Brown
Kwame Raoul
Matthew J. Platkin
Andrea J. Campbell
Joshua L. Kaul
Daniel A. Rayfield
Brian L. Schwalb
Anne E. Lopez

            Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Jennifer - (617) 748-9885


cc:
Robert Bonta
Anthony G. Brown
Nicholas W. Brown
Andrea J. Campbell
Adam N. Cederbaum
Charity R. Clark
Justin Cox
Matt A. Crapo
Joseph Anton Darrow
Samuel Dinning
Keith Ellison
Sarah Elnahal
Drew C. Ensign
Rayford A. Farquhar
Laura Flores-Perilla
John A. Freedman
Aaron M. Frey
Brandon Galli-Graves
Abraham R. George

Patrick James Glen
Alex Hemmer
Anwen Hughes
H. Tiffany Jang
Joshua L. Kaul
Hillary Li
Donald Campbell Lockhart
Anne E. Lopez
Katie J. McLoughlin
Peter F. Neronha
Matthew J. Platkin
Kwame Raoul
Daniel A. Rayfield
Brian L. Schwalb
Elizabeth B. Scott
Katherine Shinners
Laura Scott Shores
Brett Allen Shumate
Anagha Sundararajan
Esther Sung
William M. Tong
Karen C. Tumlin
Brian C. Ward
Stephen J. Yanni