# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1384          **Short Title:** Svitlana Doe v. Noem

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Svitlana Doe, et al. (please see attached)                                          as the

[  ] appellant(s)                [✔] appellee(s)                [  ] amicus curiae

[  ] petitioner(s)               [  ] respondent(s)             [  ] intervenor(s)

| | |
|---|---|
| s/Esther Sung | 4/30/2025 |
| Signature | Date |
| Esther H. Sung | |
| Name | |
| Justice Action Center | 323-450-7272 |
| Firm Name (if applicable) | Telephone Number |
| P.O. Box 27280 | |
| Address | Fax Number |
| Los Angeles, CA 90027 | Esther.Sung@justiceactioncenter.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Notice of Appearance of Esther Sung
Addendum

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

- Svitlana Doe
- Maksym Doe
- Maria Doe
- Alejandro Doe
- Armando Doe
- Ana Doe
- Carlos Doe
- Omar Doe
- Sandra McAnany
- Kyle Varner
- Wilhen Pierre Victor
- Haitian Bridge Alliance
- Andrea Doe
- Valentin Rosales Tabares
- Marim Doe
- Adolfo Gonzalez, Jr.
- Aleksandra Doe
- Teresa Doe
- Rosa Doe
- Miguel Doe
- Lucia Doe
- Daniel Doe
- Gabriela Doe
- Norma Lorena Dus