# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1384        **Short Title:** Svitlana Doe v. Noem

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Svitlana Doe, et al. (please see the attached)                                        as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ John A. Freedman                     06/25/2025
Signature                                Date

John A. Freedman
Name

Arnold & Porter Kaye Scholer LLP         (202) 942-5000
Firm Name (if applicable)                Telephone Number

601 Massachusetts Avenue, NW
Address                                  Fax Number

Washington, DC 20001                     john.freedman@arnoldporter.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1145709

Has this case or any related case previously been on appeal?

[✓] No           [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**John A. Freedman: Notice of Appearance Addendum**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

- Svitlana Doe
- Maksym Doe
- Maria Doe
- Alejandro Doe
- Armando Doe
- Ana Doe
- Carlos Doe
- Omar Doe
- Sandra McAnany
- Kyle Varner
- Wilhen Pierre Victor
- Haitian Bridge Alliance
- Andrea Doe
- Valentin Rosales Tabares
- Marim Doe
- Adolfo Gonzalez, Jr.
- Aleksandra Doe
- Teresa Doe
- Rosa Doe
- Miguel Doe
- Lucia Doe
- Daniel Doe
- Gabriela Doe
- Norma Lorena Dus