## RULE 26.1 DISCLOSURE STATEMENT

Plaintiff-Appellee Haitian Bridge Alliance ("HBA") is a community-based nonprofit organization incorporated in California. HBA has no parent corporation, nor has it issued any stock owned by a publicly held company.