No. 25-1384

IN THE
# United States Court of Appeals
# for the First Circuit

————————

Svitlana Doe, et al.,
*Plaintiffs-Appellees,*
v.

Kristi Noem, Secretary of Homeland Security, et al.,
*Defendants-Appellants,*

————————

On Appeal from the United States District Court
for the District of Massachusetts

## MOTION OF *AMICI CURIAE* CITIES, COUNTIES, AND LOCAL GOVERNMENT LEADERS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Proposed *Amici Curiae* cities, counties, and local government leaders[1] respectfully seek leave to file a brief in support of Plaintiffs-Appellees and affirmance, pursuant to Fed. R. App. P. 29(a)(3). *Amici's* proposed brief is attached hereto as Exhibit 1.

*Amici* are local governments and officials responsible for ensuring

—————————————

[1] A list of the local government signatories is attached as an appendix to the proposed brief.

1

the safety, vitality, and economic prosperity of their communities. *Amici's* local economies and public safety benefit from the humanitarian parole program authorized by 8 U.S.C. § 1182(d)(5)(A) and extended to nationals from Cuba, Haiti, Nicaragua, and Venezuela (the CHNV parole program). Thus, *Amici* have experience relevant to the issues at hand and seek to offer their view that the District Court's order imposing a preliminary injunction that halts Defendants-Appellants from unlawfully terminating the CHNV parole program protects the public interest and prevents the irreparable harm that would result to *Amici* upon the program's sudden revocation. The brief discusses the range of jurisdictions whose local economies will suffer from unfilled jobs and unprovided services, and whose public safety would be jeopardized without the CHNV parole program's legal protections promoting trust between participants and local law enforcement.

*Amici's* experience is directly relevant to the question before this Court: whether the District Court abused its discretion in determining (1) that immediate termination of the CHNV parole program would result in irreparable harm; (2) that the balance of equities is in Plaintiffs-Appellees' favor, and; (3) that the preliminary injunction is in service of

2

the public interest. See Arborjet, Inc. v. Rainbow Treecare Sci. Advancements, Inc., 794 F.3d 168, 171 (1st Cir. 2015) ("To grant a preliminary injunction, a district court must find the following four elements satisfied: (1) a likelihood of success on the merits, (2) a likelihood of irreparable harm absent interim relief, (3) a balance of equities in the plaintiff's favor, and (4) service of the public interest.").

Because proposed *Amici* will offer useful perspective and information for this Court's consideration, proposed *Amici* respectfully request that this Court grant them leave to file the attached brief.

Dated: July 1, 2025

> *Amicus Curiae,* CITY OF BOSTON
> Adam Cederbaum, Corporation Counsel
>
>   /s/ Thomas J. Broom         
> Samuel Dinning, Fir. Cir. No. 1215223
> samuel.dinning@boston.gov
> Thomas J. Broom, Fir. Cir. No. 1207623
> thomas.broom@boston.gov
> One City Hall Square, Room 615
> Boston, MA 02201
> (617) 635-4034

## ADDITIONAL SIGNATORIES AND COUNSEL

**Local Governments**

Alameda County, California

Allegheny County, Pennsylvania

City of Baltimore, Maryland

City of Chicago, Illinois

City and County of Denver, Colorado

City of Evanston, Illinois

City of Madison, Wisconsin

City of Minneapolis, Minnesota

Montgomery County, Maryland

City of Pittsburgh, Pennsylvania

City of Saint Paul, Minnesota

City and County of San Francisco, California

City of Santa Monica, California

Washtenaw County Prosecutor's Office, Michigan

**Local Government Leaders**

Elizabeth Alcantar
Mayor, City of Cudahy, California

Valarie Bachelor
Untied School District Board Director, City of Oakland, California

Ravinder Bhalla
Mayor, City of Hoboken, New Jersey

Chelsea Byers
Mayor, City of West Hollywood, California

John Clark
Mayor, Town of Ridgway, Colorado

Alison Coombs
Councilmember, City of Aurora Colorado

Justin Douglas
Commissioner, Dauphin County, Pennsylvania

Ed Gainey
Mayor, City of Pittsburgh, Pennsylvania

Beau Harbin
Legislator and Democratic Minority Leader, Cortland County, New York

Jani Hitchen
Councilmember, Pierce County Council, Washington

Susan Hughes-Smith
Legislator, Monroe County, New York

Lisa Kaplan
Councilmember, City of Sacramento, California

Jerald Lentini
Director, Town of Manchester, Connecticut

Quinton Lucas
Mayor, City of Kansas City, Missouri

Randall Martin
1st Ward Supervisor, City of Hudson, New York

William Moehle
Supervisor, Town of Brighton, New York

Dontae Payne
Mayor, City of Olympia, Washington

Delishia Porterfield
Councilmember At Large, Metropolitan Nashville & Davidson County, Tennessee

Idelma Quintana
Commissioner, City of Hollywood, Florida

David Stout
Precinct 2 Commissioner, El Paso County, Texas

Zulfat Suara
Councilmember at Large, Metropolitan Nashville & Davidson County, Tennessee

Ginny Welsch
Councilmember, Nashville and Davidson Counties, Tennessee

Robin Wilt
Councilmember, Town of Brighton, New York

**Counsel**

DONNA R. ZIEGLER
County Counsel
1221 Oak St.
Oakland, CA 94612
Counsel for the County of Alameda, California

ROSALYN GUY-MCCORKLE
Allegheny County Solicitor
445 Fort Pitt Boulevard, Suite 300
Pittsburgh, PA 15219

Attorney for Allegheny County, Pennsylvania

EBONY M. THOMPSON
City Solicitor
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, MD 21202
Attorney for the City of Baltimore, Maryland

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago
121 North LaSalle Street, Room 600
Chicago, IL 60602
Attorney for the City of Chicago, Illinois

KATIE MCLOUGHLIN
Acting City Attorney
1437 Bannock Street, Room 353
Denver, CO 80202
Attorney for the City and County of Denver, Colorado

KRISTYN ANDERSON
City Attorney
City Hall, Room 210
350 S. Fifth Street
Minneapolis, MN 55415
Attorney for the City of Minneapolis, Minnesota

JOHN P. MARKOVS
Montgomery County Attorney
101 Monroe Street, 3rd Floor
Rockville, MD 20850
Attorney for Montgomery County, Maryland

KRYSIA KUBIAK
City Solicitor and Chief Legal Officer
414 Grant Street
Pittsburgh, PA 15219
Counsel for the City of Pittsburgh, Pennsylvania

LYNDSEY M. OLSON
City Attorney
400 City Hall & Court House
15 West Kellogg Boulevard
St. Paul, MN 55102
Attorney for the City of St. Paul, Minnesota

DAVID CHIU
City Attorney
City Hall Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
Attorney for the City and County of San Francisco, California

DOUGLAS T. SLOAN
City Attorney
1685 Main Street, Room 310
Santa Monica, CA 90401
Attorney for the City of Santa Monica, California

ELI SAVIT
Washtenaw County Prosecuting Attorney
P.O. Box 8645
Ann Arbor, Michigan, 48107
Prosecuting Attorney for Washtenaw County, Michigan

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing Document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Justin Cox
Law Office of Justin B. Cox
P.O. Box 1106
97031-7031
Hood River, OR 30317
541-716-1818
justin@jcoxconsulting.org
Attorney for Plaintiffs-Appellees

Katherine Shinners
DOJ-Civ
P.O. Box 878 Ben Franklin Station
Washington, DC 20044
202-598-8259
katherine.j.shinners@usdoj.gov
Attorney for Defendants-Appellants

/s/ Thomas J. Broom