# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1384          **Short Title:** Svitlana Doe v. Noem

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Federation of Labor and Congress of Industrial Organizations (AFL-CIO) as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Andrew Lyubarsky
Signature

07/01/2025
Date

Andrew Lyubarsky
Name

AFL-CIO
Firm Name (if applicable)

202-637-5115
Telephone Number

815 Black Lives Matter Plaza N.W.
Address

Fax Number

Washington, DC 20006
City, State, Zip Code

alyubarsky@aflcio.org
Email (required)

Court of Appeals Bar Number: 1218172

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes     Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Additional Parties Represented**

Service Employees International Union ("SEIU")

United Food and Commercial Workers International Union ("UFCW")

International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America ("UAW")

UNITE HERE

International Union of Painters and Allied Trades ("IUPAT")

International Union of Bricklayers and Allied Craftworkers ("BAC")