25-1384

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

Svitlana Doe, *et al.*,

*Plaintiffs-Appellees*,

v.

Kristi Noem, Secretary of Homeland Security, *et al.*,

*Defendant-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts

# MOTION FOR LEAVE TO FILE NOTICE OF
# APPEARANCE AS COUNSEL

Defendant-Appellants, Kristi Noem, Secretary of Homeland Security; Pete R. Flores, Acting Commissioner of U.S. Customs and Border Protection; Angelica Alfonso-Royals, Acting Director of U.S. Citizenship and Immigration Services;[1] Donald J. Trump, President of the United States; Todd Lyons, Acting Director of

---

[1] Acting Director Alfonso-Royals is automatically substituted under Federal Rule of Appellate Procedure 43(c)(2) for Kika Scott, former Senior Official performing the duties of the Director of U.S. Citizenship and Immigration Services.

1

Immigration and Customs Enforcement, respectfully move the Court for leave to file the accompanying notice of appearance in this matter for Drew C. Ensign. *See* 1st Cir. R. 12.0(a).

Good cause exists for granting this motion. This is an appeal from the district court's stay of a significant immigration decision affecting crucial immigration enforcement policy and foreign policy. Mr. Ensign is the Deputy Assistant Attorney General for the United States over the Office of Immigration Litigation and has supervised the briefing on this appeal. Mr. Ensign requests to appear in order to present oral argument on behalf of the government in this significant case.

Respectfully submitted,

/s/ *Drew C. Ensign*
DREW C. ENSIGN
First Cir. Bar No. 1157894
Deputy Assistant Attorney General
Civil Division,
Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Fax: (202) 305-7000
Email: drew.c.ensign@usdoj.gov

2

# CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion meets the requirements of Fed. R. App. P. 27(d)(2)(A) in that contains no more than 5,200 words. I also certify that as required by Fed. R. App. P. 32(c)(1), the format of this motion meets the requirements of Fed. R. App. P. 27(d)(1), as it is proportionately spaced and has a typeface of 14 point Times New Roman.

*s/ Drew C. Ensign*
Drew C. Ensign
Deputy Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Drew C. Ensign, hereby certify that on July 1, 2025, I filed the forgoing motion through the CM/ECF system, which will provide electronic service to the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ Drew C. Ensign*
Drew C. Ensign
Deputy Assistant Attorney General
