# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1384          **Short Title:** Doe, et al v. Noem, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Cato Institute and Professor Ilya Somin _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/Grant B. Martinez
Signature

07/02/2025
Date

Grant B. Martinez
Name

Yetter Coleman LLP
Firm Name (if applicable)

713-632-8000
Telephone Number

811 Main Street, Suite 4100
Address

713-632-8002
Fax Number

Houston, Texas 77002
City, State, Zip Code

gmartinez@yettercoleman.com
Email (required)

Court of Appeals Bar Number: 1218213

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).