## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici curiae* state that no *amici curiae* has a parent corporation and that no publicly-held corporation owns 10% or more in stock in any *amici curiae*. Each *amicus curiae* is a not-for-profit labor organization.

/s/ Andrew Lyubarsky

July 1, 2025                                             Andrew Lyubarsky