No. 25-1384

# In the United States Court of Appeals for the First Circuit

SVITLANA DOE, ET AL.,

Plaintiffs-Appellees

*v.*

KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, ET AL.,

Defendants-Appellants

On Appeal from the United States District Court
for the District of Massachusetts
No. 1:25-cv-10495-IT, Hon. Indira Talwani

**MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF APPELLEES BY THE CATO INSTITUTE AND PROF. ILYA SOMIN**

YETTER COLEMAN LLP
  Grant B. Martinez
  gmartinez@yettercoleman.com
  First Circuit Bar No. 1218213
  David J. Gutierrez
  dgutierrez@yettercoleman.com
  First Circuit Bar No. 1218334
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

**Attorneys for Amici Curiae The Cato Institute and Prof. Ilya Somin**

## Movants' Interest

The district court granted Appellees' emergency motion and issued a preliminary injunction staying the Government's premature termination of parole in *Termination of Parole Processes for Cubans, Nicaraguans, and Venezuelans*, 90 Fed. Reg. 13611 (Mar. 25, 2025) (the "CHNV parole programs"). *Doe v. Noem*, 2025 WL 1099602 (D. Mass. Apr. 14, 2025). The Government subsequently applied for a stay of the district court's order in the Supreme Court, which granted the stay. *Noem v. Doe*, No. 24A1079, 2025 WL 1534782 (U.S. May 30, 2025). The merits of the preliminary injunction are now pending in this Court, which ordered expedited briefing. The Government filed its brief on June 11, 2025, and Appellees filed their brief on June 25.

Movants The Cato Institute and Professor Ilya Somin now seek leave under Federal Rule of Appellate Procedure 29(b)(2) for leave to file an amicus brief in support of Appellees. Attached to this motion is a copy of the proposed brief. This case interests The Cato Institute and Professor Somin because both have long had a focus on both immigration policy and separation of powers that are at issue in this matter.

## Reasons for Brief of Amici Curiae

This amicus brief provides unique insight into the history of broad, categorical parole programs and its legality and use by the Government since the Eisenhower

Administration. The brief further explains how the CHNV parole programs are consistent with immigration law; how migrants from the CHNV countries have urgent humanitarian reasons to seek refuge in the United States; and that paroling CHNV migrants crates a significant public benefit for the United States. Additionally, the brief uniquely sheds light on how this Court's reversal of the district court's preliminary injunction against the termination of the CHNV parole programs will negatively impact and imperil over 100,000 people who received parole under a similar program, Uniting for Ukraine, which relies on the same legal authority as the CHNV programs.

For the foregoing reasons, Amici respectfully request that the Court grant this motion for leave to file an amici curiae brief in support of the Plaintiff-Appellees.

## Conclusion

Based on the foregoing, The Cato Institute and Professor Ilya Somin respectfully request that this Court grant the motion for leave to file the attached amicus brief in support of Appellees.

Dated: July 2, 2025

Respectfully submitted,

/s/ Grant B. Martinez
Grant B. Martinez
gmartinez@yettercoleman.com
First Circuit Bar No. 1218213
David J. Gutierrez
dgutierrez@yettercoleman.com
First Circuit Bar No. 1218334
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

*Counsel for Amici Curiae*
*The Cato Institute and Professor Ilya Somin*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 32(g)(1) because this document contains 378 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft® Office Word 2016 in 14-Point Equity A font.

Date:   July 2, 2025                                    /s/ Grant B. Martinez
                                                        Grant B. Martinez
                                                        *Counsel for Amici Curiae The Cato Institute and Professor Ilya Somin*

## Certificate of Service

I hereby certify that this document was filed with the Court via the court's electronic filing system, on the 2nd day of July, 2025. I certify that all participants in this case are registered CM/ECF users and that an electronic copy of this document was served on all participants via the court's electronic filing system on the same date.

/s/ Grant B. Martinez
Grant B. Martinez
*Counsel for Amici Curiae The Cato Institute and Professor Ilya Somin*