# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1384    **Short Title:** Doe, et al v. Noem, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Cato Institute and Professor Ilya Somin                                                  as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/David J. Gutierrez                            07/02/2025
Signature                                        Date

David J. Gutierrez
Name

Yetter Coleman LLP                               713-632-8000
Firm Name (if applicable)                        Telephone Number

811 Main Street, Suite 4100                      713-632-8002
Address                                          Fax Number

Houston, Texas 77002                             dgutierrez@yettercoleman.com
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1218334

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).