- ii -

## Disclosure Statement

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici curiae* disclose that The Cato Institute is a non-profit corporation, incorporated in Kansas. It has no parent companies, nor is there any publicly held corporation that owns more than 10% of its stock.

/s/ *Grant B. Martinez*
Grant B. Martinez
*Counsel for Amici Curiae The Cato Institute and Professor Ilya Somin*