# United States Court of Appeals
## For the First Circuit

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in their official capacity as Secretary of Homeland Security; PETE R. FLORES, in their official capacity as Acting Commissioner of U.S. Customs and Border Protection; ANGELICA ALFONSO-ROYALS, in their official capacity as the Senior Official performing the duties of the Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in their official capacity as President of the United States; TODD LYONS, in their official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

### ORDER OF COURT

Entered: July 2, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Drew C. Ensign's motion for leave to enter an appearance on behalf of Appellants Pete R. Flores, Todd M. Lyons, Kristi Noem, Angelica Alfonso-Royals and Donald J. Trump is granted. Attorney Drew C. Ensign's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John A. Freedman
Laura Scott Shores
Anwen Hughes
Justin Cox

Brandon Galli-Graves
Esther Sung
H. Tiffany Jang
Hillary Li
Karen C. Tumlin
Laura Flores-Perilla
Sarah Elnahal
Donald Campbell Lockhart
Rayford A. Farquhar
Patrick James Glen
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
Joseph Anton Darrow
Brian C. Ward
Katherine Shinners
Anagha Sundararajan
Stephen J. Yanni
Adam N. Cederbaum
Thomas Broom
Samuel Dinning
Katie J. McLoughlin
Alex Hemmer
Kwame Raoul
Elizabeth B. Scott
Robert Bonta
William M. Tong
Anne E. Lopez
Aaron M. Frey
Anthony G. Brown
Andrea J. Campbell
Keith Ellison
Matthew J. Platkin
Daniel A. Rayfield
Peter F. Neronha
Charity R. Clark
Nicholas W. Brown
Joshua L. Kaul
Brian L. Schwalb
Matt A. Crapo
David Zimmer
Andrew Lyubarsky
Steven Ury
Grant Martinez
David Joshua Gutierrez