# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1384            **Short Title:** Svitlana Doe v. Noem

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Kristi Noem, Sec'y of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement; [cont'd] as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

---

s/ Drew C. Ensign
Signature

07/01/25
Date

Drew C. Ensign
Name

U.S. DOJ, Civil Division
Firm Name (if applicable)

(202) 514-2000
Telephone Number

950 Pennsylvania Avenue, NW
Address

(202) 305-7000
Fax Number

Washington, DC 20530
City, State, Zip Code

drew.c.ensign@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1157894

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Notice of Appearance of Drew C. Ensign
Addendum

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

-Pete R. Flores, Acting Comm'r of U.S. Customs and Border Protection;

-Angela Alfonso-Royals, Acting Director of U.S. Citizenship and Immigration Services (automatically substituted under Fed. R. App. P. 43(c)(2) for Kika Scott);

-Donald J. Trump, President of the United States.