# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1384    Short Title: Doe, et al v. Noem, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: __Group of Faith-based Organizations__ as the

[ ] appellant(s)        [ ] appellee(s)         [X] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

__*Ana M—*__                              __7/2/25__
Signature                                 Date

__Ana Muñoz__
Name

__Zalkind Duncan & Bernstein__            __617 742 6020__
Firm Name (if applicable)                 Telephone Number

__65a Atlantic Ave__                      _____
Address                                   Fax Number

__Boston MA   02119__                     __amunoz@zalkindlaw.com__
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: __1189659__

Has this case or any related case previously been on appeal?

[X] No       [ ] Yes  Court of Appeals No._____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).