# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 25-1384**

---

SVITLANA DOE, *et al.*,

Plaintiff-Appellees,

v.

KRISTI NOEM, Secretary of Homeland Security, *et al.*,

Defendant-Appellants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

---

MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF ON BEHALF
OF FAITH-BASED ORGANIZATIONS IN SUPPORT OF
AFFIRMANCE OF THE DISTRICT COURT'S ORDER

---

| | |
|---|---|
| Ana Muñoz (1st Cir. # 1189659) | Aaron Simcha Jon Zelinsky |
| ZALKIND DUNCAN & BERNSTEIN LLP | ZUCKERMAN SPAEDER LLP |
| 65a Atlantic Avenue | 100 E. Pratt St., Ste 2440 |
| Boston, MA 02110 | Baltimore, MD 21202 |
| (617) 742-6020 | (410) 949-1167 |
| amunoz@zalkindlaw.com | azelinsky@zuckerman.com |

*Counsel for Amici Curiae Faith-Based Organizations*

July 2, 2025

## **Movants' Interest**

Movants are a group of faith-based organizations who now seek leave under Federal Rule of Appellate Procedure 29(b)(2) for leave to file an amicus brief in support of Appellees. Attached to this motion is a copy of the proposed brief. Movants are represented by Ana Muñoz, who has filed a Notice of Appearance earlier today.

*Amici Curiae* are religious and religiously-affiliated organizations that provide charitable services and resources to recent migrants and their families, including those who received CHNV Parole. Much of *Amici's* work, past, present and future, is threatened by the Applicants' sudden evocation of parole on a class-wide basis to such parolees. This overbroad action threatens to harm not just those whom *Amici* walk alongside, but *Amici* themselves as well. *Amici* have invested substantial time and money in assisting parole recipients and others like them in finding jobs, securing housing, and integrating into their local communities. Reversing the District Court's order will destroy that important work.

For the foregoing reasons, Amici respectfully request that the Court grant this motion for leave to file an amici curiae brief in support of the Plaintiff-Appellees.

Dated: July 2, 2025                    Respectfully submitted,

*/s/Ana Muñoz*

Ana Muñoz (#1189659)
ZALKIND DUNCAN & BERNSTEIN LLP
65a Atlantic Avenue
Boston, MA  02110
(617) 742-6020
amunoz@zalkindlaw.com

CERTIFICATE OF SERVICE

I, Ana Muñoz, counsel for *Amicus Curiae*, hereby certify that this document has been filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Ana Muñoz

Dated: July 2, 2025