## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure *Amicus Curiae* make the following disclosures:

1) For non-governmental corporate parties, list any parent corporation:

*None.*

2) For non-governmental corporate parties, list all publicly held corporations that hold 10% or more of the party's stock:

*None.*