## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2025, the brief for amici curiae was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: New York, NY
        July 3, 2025

                                        */s/ Stephen J. Yanni*