# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1384    **Short Title:** Doe, et. al. v. Noem, et. al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of Boston, et. al. (see addtional sheet) _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Thomas J. Broom            July 7, 2025
Signature                      Date

Thomas J. Broom
Name

City of Boston Law Department        617-635-2013
Firm Name (if applicable)            Telephone Number

1 City Hall Square, Room 615         617-635-3199
Address                              Fax Number

Boston, MA 02201                     thomas.broom@boston.gov
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 1207623

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# List of *Amici Curiae*

## Local Governments

Alameda County, California

Allegheny County, Pennsylvania

City of Baltimore, Maryland

City of Chicago, Illinois

City and County of Denver, Colorado

City of Evanston, Illinois

City of Madison, Wisconsin

City of Minneapolis, Minnesota

Montgomery County, Maryland

City of Pittsburgh, Pennsylvania

City of Saint Paul, Minnesota

City and County of San Francisco, California

City of Santa Monica, California

Washtenaw County Prosecutor's Office, Michigan

## Local Government Leaders

Elizabeth Alcantar
*Mayor, City of Cudahy, California*

Valarie Bachelor
*Untied School District Board Director, City of Oakland, California*

Ravinder Bhalla
*Mayor, City of Hoboken, New Jersey*

Chelsea Byers
*Mayor, City of West Hollywood, California*

John Clark
*Mayor, Town of Ridgway, Colorado*

Alison Coombs
*Councilmember, City of Aurora Colorado*

Justin Douglas
*Commissioner, Dauphin County, Pennsylvania*

Ed Gainey
*Mayor, City of Pittsburgh, Pennsylvania*

Beau Harbin
*Legislator and Democratic Minority Leader, Cortland County, New York*

Jani Hitchen
*Councilmember, Pierce County Council, Washington*

Susan Hughes-Smith
*Legislator, Monroe County, New York*

Lisa Kaplan
*Councilmember, City of Sacramento, California*

Jerald Lentini
*Director, Town of Manchester, Connecticut*

Quinton Lucas
*Mayor, City of Kansas City, Missouri*

Randall Martin
*1st Ward Supervisor, City of Hudson, New York*

William Moehle
*Supervisor, Town of Brighton, New York*

Dontae Payne
*Mayor, City of Olympia, Washington*

Delishia Porterfield
*Councilmember At Large, Metropolitan Nashville & Davidson County, Tennessee*

Idelma Quintana
*Commissioner, City of Hollywood, Florida*

David Stout
*Precinct 2 Commissioner, El Paso County, Texas*

Zulfat Suara

*Councilmember at Large, Metropolitan Nashville & Davidson County, Tennessee*

Ginny Welsch

*Councilmember, Nashville and Davidson Counties, Tennessee*

Robin Wilt

*Councilmember, Town of Brighton, New York*