UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

DOE, et al.,                              )
                                          )
        Plaintiff-Appellees,              )
VS.                                       )        NO. 25-1384
                                          )
NOEM, et al,                              )
                                          )
        Defendant-Appellants.             )

## MOTION TO FILE INSTANTER

Now comes *Amici*, a Group of Faith-based Organizations,who respectfully move to file *instanter* a Corrected Brief. As reasons therefor, the parties state as follows:

1. On July 2, 2025, *Amici* timely filed a brief in support of affirmance of the district court's order. All parties were served at that time.

2. On July 7, 2025, this Court issued an order requesting a corrected brief; in particular, this Court ordered compliance with FRAP 29 and 32, requiring that the cover of the brief contain the full caption as well as the identity of the party or parties supported. That order indicated that a corrected brief should be filed by July 9.

3. Because of an internal administrative error, the deadline to upload the corrected brief was miscalendared for the end of the week.

4. As soon as undersigned counsel recognized the error, undersigned counsel uploaded a corrected brief with a full caption and the identity of the party supported.

Undersigned counsel apologizes for the oversight. Given the facts above, as well as that no party shall be prejudiced by acceptance of the Corrected Brief, the interests of justice would be served by the granting of this motion.

Dated: July 10, 2025

Respectfully submitted,


*/s/Ana Muñoz*

Ana Muñoz (#569233)
ZALKIND DUNCAN & BERNSTEIN LLP
65a Atlantic Avenue
Boston, MA  02110
(617) 742-6020
amunoz@zalkindlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Ana Muñoz, certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants on this 10 day of July, 2025.


<u>/s/ Ana Muñoz</u>


Ana  Muñoz