

July 24, 2025

VIA CM/ECF

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: *Doe v. Noem*, No. 25-1384 (Oral Argument July 29, 2025), Rule 28(j) Letter

Dear Ms. Dubrovsky,

Plaintiffs respectfully submit as supplemental authority *Hewitt v. United States*, 145 S. Ct. 2165, issued after Appellees' brief was filed.

*Hewitt* presented the question whether a criminal sentence that was imposed but subsequently vacated was a sentence that "has … been imposed" within the meaning of Section 403(b) of the First Step Act of 2018. Pub. L. No. 115-391, § 403(b), 132 Stat. 5222 (2018). *Hewitt* held that "a [criminal] sentence 'has been imposed' for the purposes of [the First Step Act] if, and only if, the sentence is extant—*i.e.*, has not been vacated." *Id.* at 2171. The Court held that when a conviction has been vacated, it is "void *ab initio* and thus lack[s] any prospective legal effect … as though the vacated order never occurred." *Id.* at 2173-74. Accordingly, even if a person once was convicted, vacatur of that conviction means the individual is treated as if they have never been convicted. *Id.*

*Hewitt* supports Plaintiffs' argument that the expedited removal statute does not apply to noncitizens who have been "admitted or paroled into the United States," 8 U.S.C. § 1225(b)(1)(A)(iii)(II), even after their parole or admission has been terminated or revoked, as the termination of parole, in contrast to the vacatur of a conviction, neither voids nor vacates the validity of parole at the time of arrival. *See* Appellees' Br. at 41-46; 6 U.S.C. § 202(4) (visas and parole are "forms of permission … to enter the United States").

Sincerely,

Hillary Li
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027
(323) 450-7272
hillary.li@justiceactioncenter.org

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: July 24, 2025

/s/Hillary Li  
Hillary Li