

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

(202) 598-8259

Washington, D.C. 20044

<u>**VIA ECF**</u>  August 1, 2025

Honorable Anastasia Dubrovsky, Clerk
United States Court of Appeals
for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

  Re: *Svitlana Doe, et al.*, *v. Noem, et al.*, (1st Cir. No. 25-1384)
    <u>Notice of Supplemental Authority under Fed. R. App. P. 28(j)</u>

Dear Ms. Dubrovksy:

  In response to the panel's questions at oral argument held on July 29, 2025, in this matter, Defendants-Appellants submit the following information:

  The Department of Homeland Security (DHS) reports that, since April 24, 2025, it has paroled approximately 268 individuals from Cuba, Haiti, Nicaragua, or Venezuela (as identified by country of birth), two of whom had been previously granted parole under the CHNV programs. DHS adjudicates case-by-case requests for parole, including former CHNV parolees.

Sincerely,

By: /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
First Circuit Bar No. 1216699
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov
*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 28(j), I certify that the body of the foregoing letter contains 226 words.

/s/ *Katherine J. Shinners*
Katherine J. Shinners
Senior Litigation Counsel
Office of Immigration Litigation