# United States Court of Appeals
## For the First Circuit

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS; and ANA DOE,

Plaintiffs, Appellees,

v.

KRISTI NOEM, in her official capacity as the Secretary of Homeland Security; RODNEY S. SCOTT, in his official capacity as the Commissioner of U.S. Customs and Border Protection; JOSEPH B. EDLOW, in his official capacity as the Director of U.S. Citizenship and Immigration Services;** DONALD J. TRUMP, in his official capacity as the President of the United States; and TODD M. LYONS, in his official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants, Appellants.

**JUDGMENT**

Entered: September 12, 2025

     This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order granting a stay of the termination notice is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.


By the Court:

Anastasia Dubrovsky, Clerk


cc:  Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, John A. Freedman, Laura Scott Shores, Anwen Hughes, Justin Cox, Brandon Galli-Graves, Daniel B. Asimow, Esther Sung, H. Tiffany Jang, Hillary Li, Karen C. Tumlin, Laura

Flores-Perilla, Sarah Elnahal, Donald Campbell Lockhart, Rayford A. Farquhar, Patrick James Glen, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Joseph Anton Darrow, Brian C. Ward, Katherine Shinners, Anagha Sundararajan, Judith N. Vale, Stephen J. Yanni, Adam N. Cederbaum, Thomas Broom, Samuel Dinning, Katie J. McLoughlin, Alex Hemmer, Kwame Raoul, Elizabeth B. Scott, Robert Bonta, William M. Tong, Anne E. Lopez, Aaron M. Frey, Anthony G. Brown, Tasha J. Bahal, Andrea J. Campbell, Keith Ellison, Matthew J. Platkin, Daniel A. Rayfield, Peter F. Neronha, Charity R. Clark, Nicholas W. Brown, Joshua L. Kaul, Brian L. Schwalb, Matt A. Crapo, David Zimmer, Andrew Lyubarsky, Steven Ury, Grant B. Martinez, David Joshua Gutierrez, Ana Isabel Munoz