No. 25-1384

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

———————————

Svitlana Doe, *et al.*,

*Plaintiffs-Appellees*,

v.

Kristi Noem, Secretary of Homeland Security, *et al.*,

*Defendants-Appellants*.

———————————

On Appeal from the United States District Court
for the District of Massachusetts

———————————

**MOTION FOR WITHDRAWAL OF COUNSEL**

Appellants respectfully move the Court for an order withdrawing Brian C. Ward as counsel for Appellants in this matter. Mr. Ward is leaving the Department of Justice this week and will no longer be representing Appellants. Appellants will continue to be represented by the other Department attorneys who have entered appearances in this matter.

Dated: October 16, 2025                Respectfully submitted,

/s/ *Brian C. Ward*
BRIAN C. WARD
Acting Assistant Director
First Cir. Bar No. 1192347
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants-Appellants*.

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 54 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Times New Roman typeface.

Dated: October 16, 2025                  /s/ *Brian C. Ward*
                                         BRIAN C. WARD
                                         U.S. Department of Justice

## CERTIFICATE OF SERVICE

I certify that I electronically filed this motion by using the Court's CM/ECF system, which will provide a copy of this document to all registered participants.

Dated: October 16, 2025              /s/ *Brian C. Ward*
                                                     BRIAN C. WARD
                                                     U.S. Department of Justice