# United States Court of Appeals
## For the First Circuit

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in the official capacity as Secretary of Homeland Security; RODNEY S. SCOTT, in the official capacity as Commissioner of U.S. Customs and Border Protection; JOSEPH B. EDLOW, in the official capacity as Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in the official capacity as President of the United States; TODD LYONS, in the official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

### ORDER OF COURT

Entered: October 21, 2025
Pursuant to 1st Cir. R. 27.0(d)

Attorney Brian C. Ward has filed a motion to withdraw as counsel of record for Appellants Joseph B. Edlow, Todd M. Lyons, Kristi Noem, Rodney S. Scott and Donald J. Trump. Appellants will continue to be represented in this appeal by the remaining counsel of record. In light of this, attorney Ward's motion to withdraw is allowed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John A. Freedman, Laura Scott Shores, Anwen Hughes, Justin Cox, Brandon Galli-Graves, Daniel B. Asimow, Esther Sung, H. Tiffany Jang, Hillary Li, Karen C. Tumlin, Laura Flores-Perilla, Sarah Elnahal, Donald Campbell Lockhart, Rayford A. Farquhar, Patrick James Glen, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Joseph Anton Darrow, Brian C. Ward, Katherine Shinners, Anagha Sundararajan, Judith N. Vale, Stephen J. Yanni, Adam N. Cederbaum, Thomas Broom, Samuel Dinning, Katie J. McLoughlin, Alex Hemmer, Kwame Raoul, Elizabeth B. Scott, Robert Bonta, William M. Tong, Anne E. Lopez, Aaron M. Frey, Anthony G. Brown, Tasha J. Bahal, Andrea J. Campbell, Keith Ellison, Matthew J. Platkin, Daniel A. Rayfield, Peter F. Neronha, Charity R. Clark, Nicholas W. Brown, Joshua L. Kaul, Brian L. Schwalb, Matt A. Crapo, David Zimmer, Andrew Lyubarsky, Steven Ury, Grant B. Martinez, David Joshua Gutierrez, Ana Isabel Munoz