No. 25-1384

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

———————————

Svitlana Doe, *et al.*,

*Plaintiffs-Appellees*,

v.

Kristi Noem, Secretary of Homeland Security, *et al.*,

*Defendants-Appellants*.

———————————

On Appeal from the United States District Court
for the District of Massachusetts

———————————

# MOTION FOR STAY OF DEADLINE TO RESPOND
# TO PETITION FOR REHEARING

———————————

BRETT A. SHUMATE
*Assistant Attorney General*

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

PATRICK GLEN
*Senior Litigation Counsel*

KATHERINE J. SHINNERS
*Senior Litigation Counsel*
First Cir. Bar No. 1216699
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878,
Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
katherine.j.shinners@usdoj.gov

ELISSA FUDIM
*Trial Attorney*

Due to the ongoing lapse in appropriations, Defendants-Appellants respectfully move for a stay of the deadline to respond to the pending Petition for Rehearing, or, in the alternative, for a fourteen-day extension of the deadline to respond to the Petition for Rehearing, to November 18, 2025. *See* Order of Oct. 21, 2025 (requiring response to Petition and setting deadline for November 4, 2025).

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including certain of the federal Defendants-Appellants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of certain of the federal Defendants are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel from the Department of Justice therefore requests a stay of proceedings in this appeal until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. Defendants-

Appellants request that, at that point, the deadline to respond to the Petition for Rehearing be reset for 14 days after the end of the lapse in appropriations.

5. Defendants-Appellants alternatively request an extension of 14 days, to November 18, 2025, to respond to the Petition for Rehearing, given the need to staff the response in the midst of a lapse in appropriations.

Therefore, although Defendants-Appellants greatly regret any disruption caused to the Court and the Plaintiff-Appellees, for the reasons stated the Government hereby moves for a stay of the deadline to respond to the Petition for Rehearing pending the lapse in appropriations, or, in the alternative, for an extension of 14 days, to November 18, 2025, to respond to the Petition for Rehearing. Opposing counsel has stated that Plaintiffs-Appellees oppose the relief requested.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

PATRICK GLEN
Senior Litigation Counsel

/s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
First Cir. Bar No. 1216699
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-8259
(202) 305-7000 (facsimile)
katherine.j.shinners@usdoj.gov

ELISSA FUDIM
*Trial Attorney*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 353 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Times New Roman typeface.

Dated: October 22, 2025         /s/ *Katherine J. Shinners*
                                Katherine J. Shinners

## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 22, 2025                    /s/ *Katherine J. Shinners*
                                            Katherine J. Shinners