# United States Court of Appeals
## For the First Circuit

---

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS; and ANA DOE,

Plaintiff, Appellees,

v.

KRISTI NOEM, in her official capacity as the Secretary of Homeland Security; RODNEY S. SCOTT, in his official capacity as the Commissioner of U.S. Customs and Border Protection; JOSEPH B. EDLOW, in his official capacity as the Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in his official capacity as the President of the United States; and TODD M. LYONS, in his official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants, Appellants.

---

**ERRATA SHEET**

The opinion of this Court, issued on September 12, 2025, is amended as follows:

On page 26, lines 13-14, replace "The accompanying House Report explained" with "A House Report accompanying an earlier version of IIRIRA explained"

On page 26, line 24, replace "The legislative history thus makes clear" with "The legislative history thus suggests"