# United States Court of Appeals
## For the First Circuit

———————————

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in the official capacity as Secretary of Homeland Security; RODNEY S. SCOTT, in the official capacity as Commissioner of U.S. Customs and Border Protection; JOSEPH B. EDLOW, in the official capacity as Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in the official capacity as President of the United States; TODD LYONS, in the official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

———————————

Before

Gelpí, Kayatta, and Montecalvo,
Circuit Judges.

———————————

**ORDER OF COURT**

Entered: November 18, 2025

In light of the errata sheet issued November 18, 2025, the petition for panel rehearing is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

John A. Freedman, Laura Scott Shores, Anwen Hughes, Justin Cox, Brandon Galli-Graves, Daniel B. Asimow, Esther Sung, H. Tiffany Jang, Hillary Li, Karen C. Tumlin, Laura Flores-Perilla, Sarah Elnahal, Donald Campbell Lockhart, Rayford A. Farquhar, Patrick James Glen, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Joseph Anton Darrow, Katherine Shinners, Anagha Sundararajan, Judith N. Vale, Stephen J. Yanni, Adam N. Cederbaum, Thomas Broom, Samuel Dinning, Katie J. McLoughlin, Alex Hemmer, Kwame Raoul, Elizabeth B. Scott, Robert Bonta, William M. Tong, Anne E. Lopez, Aaron M. Frey, Anthony G. Brown, Tasha J. Bahal, Andrea J. Campbell, Keith Ellison, Matthew J. Platkin, Daniel A. Rayfield, Peter F. Neronha, Charity R. Clark, Nicholas W. Brown, Joshua L. Kaul, Brian L. Schwalb, Matt A. Crapo, David Zimmer, Andrew Lyubarsky, Steven Ury, Grant B. Martinez, David Joshua Gutierrez, Ana Isabel Munoz