# United States Court of Appeals
## For the First Circuit

No. 25-1384

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS,

Plaintiffs - Appellees,

v.

KRISTI NOEM, in the official capacity as Secretary of Homeland Security; RODNEY S. SCOTT, in the official capacity as Commissioner of U.S. Customs and Border Protection; JOSEPH B. EDLOW, in the official capacity as Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in the official capacity as President of the United States; TODD LYONS, in the official capacity as the Acting Director of Immigration and Customs Enforcement,

Defendants - Appellants.

**MANDATE**

Entered: November 26, 2025

In accordance with the judgment of September 12, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Daniel B. Asimow, Tasha J. Bahal, Robert Bonta, Thomas Broom, Anthony G. Brown, Nicholas W. Brown, Andrea J. Campbell, Adam N. Cederbaum, Charity R. Clark, Justin

Cox, Matt A. Crapo, Joseph Anton Darrow, Samuel Dinning, Keith Ellison, Sarah Elnahal, Drew C. Ensign, Rayford A. Farquhar, Laura Flores-Perilla, John A. Freedman, Aaron M. Frey, Brandon Galli-Graves, Abraham R. George, Patrick James Glen, David Joshua Gutierrez, Alex Hemmer, Anwen Hughes, H. Tiffany Jang, Joshua L. Kaul, Hillary Li, Donald Campbell Lockhart, Anne E. Lopez, Andrew Lyubarsky, Grant B. Martinez, Katie J. McLoughlin, Ana Isabel Munoz, Peter F. Neronha, Matthew J. Platkin, Kwame Raoul, Daniel A. Rayfield, Brian L. Schwalb, Elizabeth B. Scott, Katherine Shinners, Laura Scott Shores, Brett Allen Shumate, Anagha Sundararajan, Esther Sung, William M. Tong, Karen C. Tumlin, Steven Ury, Judith N. Vale, Stephen J. Yanni, David Zimmer